**Opinion issued May 30, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00246-CR

————————————

## IN RE ROBERT GLEN DAVIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Robert Glenn Davis has filed a petition for writ of mandamus, asking that we order the court reporter to transcribe certain video recordings.[1] We dismiss for lack of jurisdiction.

---

[1]     The underlying case is *Robert Glen Davis v. State*, cause number 903461, pending in the 184th District Court of Harris County, Texas, the Honorable Abigail Anastasio presiding.

By statute, an appellate court has the power to issue a writ of mandamus against a district or county court judge. *See* TEX. GOV'T CODE ANN. § 22.221(b). An appellate court may also issue a writ of mandamus to enforce its jurisdiction. *See id.* § 22.221(a); *In re Smith*, 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding).

But relator is not seeking a writ of mandamus against a county or district court judge. Instead, he is seeking mandamus relief against a court reporter. And, the actions by the court reporter that he is challenging do not concern a pending appeal in this court and thus do not concern enforcement of our jurisdiction.[2] Accordingly, we have no jurisdiction to grant the relief relator seeks.

The petition is dismissed for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.
Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] Relator's criminal conviction was affirmed in 2004. *See Davis v. State*, No. 01–03–00170–CR, 2004 WL 1404004 (Tex. App.—Houston [1st Dist.] June 24, 2004, pet. ref'd). No other proceedings or appeals are pending in this Court.